# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHARLES RAMSEY, | Case No. 2:19-cv-5723-GJS |
| Plaintiff | **JUDGMENT** |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security | |
| Defendant. | |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

**IT IS SO ORDERED.**

DATE: April 30, 2020

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE